# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1602-LPS |
| | ) |
| SONY MOBILE COMMUNICATIONS (USA) | ) |
| INC. f/k/a SONY ERICSSON MOBILE | ) |
| COMMUNICATIONS (USA) INC., | ) |
| SONY CORPORATION and | ) |
| SONY CORPORATION OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| ARENDI S.A.R.L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-920-LPS |
| | ) |
| OATH HOLDINGS INC. and OATH INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on February 11, 2021 at 8:00 A.M. Central Standard Time, via videoconference, as agreed upon by counsel, counsel for Arendi S.A.R.L. will take the deposition of Monty Myers.

The deposition will be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The deposition will be videotaped and recorded by stenographic means and will continue from day to day until completed.

| | |
|---|---|
| Dated:  February 8, 2021 | SMITH, KATZENSTEIN & JENKINS LLP |
| *Of Counsel:* | */s/ Eve H. Ormerod* |
| Seth Ard<br>Beatrice Franklin<br>Max Straus<br>SUSMAN GODFREY, LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br>sard@susmangodfrey.com<br>bfranklin@susmangodfrey.com<br>mstraus@susmangodfrey.com | Neal C. Belgam (No. 2721)<br>Eve H. Ormerod (No. 5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>Tel: (302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Plaintiff Arendi S.A.R.L.* |
| John Lahad<br>Ibituroko-Emi Lawson<br>Burton DeWitt<br>Robert Travis Korman<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>jlahad@susmangodfrey.com<br>elawson@susmangodfrey.com<br>bdewitt@susmangodfrey.com<br>tkorman@susmangodfrey.com | |
| Kalpana Srinivasan<br>SUSMAN GODFREY, LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3106<br>ksrinivasan@susmangodfrey.com | |