**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., SONY CORPORATION and SONY CORPORATION OF AMERICA,<br><br>Defendants. | C.A. No. 12-1602-GBW |

# STIPULATION OF DISMISSAL

WHEREAS, on October 3, 2013, Plaintiff Arendi S.A.R.L. ("Arendi") filed a Second Amended Complaint (D.I. 36) against Defendants Sony Corp., Sony Corporation of America, and Sony Mobile Communications (USA) Inc. (together "Sony") alleging infringement of U.S. Patent Nos. 7,917,843 ("the '843 patent"), 7,496,854 ("the '854 patent"), and 8,306,993 ("the '993 patent"), and 6,323,853 ("the '853 patent");

WHEREAS, on February 20, 2018, the United States Court of Appeals for the Federal Circuit affirmed a holding by the Patent Trial and Appeal Board that all claims of the '853 patent are unpatentable, *Arendi S.A.R.L. v. Google LLC*, 882 F.3d 1132 (Fed. Cir. 2018);

WHEREAS, on June 4, 2026, the Federal Circuit held that all asserted claims of the '843, '854, and '993 patents are patent ineligible under 35 U.S.C. § 101, *Arendi S.A.R.L. v. Oath Holdings Inc.*, No. 2022-1762, 2026 WL 1599941 (Fed. Cir. June 4, 2026);

WHEREAS, in view of the Federal Circuit's rulings, Arendi no longer has any viable infringement claims against Sony remaining in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Arendi and Sony

as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Arendi's claims and Sony's counterclaims in this action are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: September 23, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Seth Ard
Max Straus
Beatrice Franklin
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
sard@susmangodfrey.com
mstraus@susmangodfrey.com
bfranklin@susmangodfrey.com

John Lahad
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
jlahad@susmangodfrey.com

Kalpana Srinivasan
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3106
ksrinivasan@susmangodfrey.com

Kemper Diehl (admitted pro hac vice)
**SUSMAN GODFREY, LLP**
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
kdiehl@susmangodfrey.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Rodger D. Smith*
Rodger D. Smith, II (No. 3778)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
rsmith@morrisnichols.com

Jeffri A. Kaminski
Justin E. Pierce
Calvin R. Nelson
**VENABLE LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
jakaminski@venable.com
jpierce@venable.com
crnelson@venable.com

*Attorneys for Defendants Sony Corp., Sony Corporation of America, and Sony Mobile Communications (USA) Inc.*